

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00276-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellant

v.

Michael **RYERSON,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18812
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this restricted appeal, the Department's brief was due to be filed with this court on July 8, 2016. On the due date, the Department filed a motion for a thirty-day extension of time to file its brief, and this court granted the motion.

On July 11, 2016, appellee Michael Ryerson filed an objection to the Department's motion for extension of time. Appellee argued that granting an extension of time for the Department to file its brief would prejudice him.

Appellee's motion to deny the Department's request for an extension of time is DENIED. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court